IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 125,499

In the Matter of JEFF LEE MCVEY,
*Petitioner.*

ORDER OF REINSTATEMENT

On April 21, 2023, the court suspended Jeff Lee McVey's Kansas law license for one year under Supreme Court Rule 225(a)(3) (2023 Kan. S. Ct. R. at 281). The court ordered that McVey must undergo a reinstatement hearing before the court would consider reinstating his law license. See *In re McVey*, 317 Kan. 266, 281, 527 P.3d 900 (2023); Supreme Court Rule 232(e) (2023 Kan. S. Ct. R. at 293).

On May 20, 2024, McVey filed a petition for reinstatement under Supreme Court Rule 232(b) (2024 Kan. S. Ct. R. at 290). The court found that sufficient time had passed to justify reconsidering the suspension and remanded the matter to the Office of the Disciplinary Administrator (ODA) for a thorough investigation and a reinstatement hearing.

On April 22, 2025, a hearing panel of the Kansas Board for Discipline of Attorneys held the reinstatement hearing. In its Reinstatement Final Hearing Report, the hearing panel found that the factors in Supreme Court Rule 232(e)(4) (2025 Kan. S. Ct. R. at 288) weigh in favor of reinstatement. Accordingly, the panel recommended that the court reinstate McVey's law license.

The court adopts the hearing panel's findings, grants McVey's petition for reinstatement, and reinstates McVey's Kansas law license.

The court orders McVey to satisfy all administrative requirements for reinstatement, including paying all attorney registration fees to the Office of Judicial Administration (OJA). The court also orders McVey to complete the continuing legal education requirements outlined in Supreme Court Rule 812(c) (2025 Kan. S. Ct. R. at 601). The court directs OJA to add McVey's name to the roster of attorneys actively engaged in the practice of law in Kansas when it receives proof that McVey completed those conditions.

Finally, the court assesses the costs of this proceeding to McVey and directs the Reporter of Decisions to publish this order in the Kansas Reports.

Dated this 22nd day of September 2025.